UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Straffi & Straffi
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
dstraffi1@comcast.net
Attorney for Debtor(s)

Order Filed on March 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kava, William
Kava, Kathy

Case No.: 16-29102

Chapter: 13

Judge: MBK

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 31, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __November 4, 2016__ :

Property:    1001 Middlesex Street, Toms River, NJ

Creditor:    Specialized Loan Servicing

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by __Daniel E. Straffi, Jr., Esq.__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __6/15/2017__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2