UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

---

Straffi & Straffi
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
dstraffi1@comcast.net
Attorney for Debtor(s)

In Re:

Kava, William
Kava, Kathy

**Order Filed on March 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-29102

Chapter: 13

Judge: MBK

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 31, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __November 4, 2016__:

Property:     1001 Middlesex Street, Toms River, NJ

Creditor:     Specialized Loan Servicing

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by __Daniel E. Straffi, Jr., Esq.__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __6/15/2017__.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2

Case 16-29102-KCF    Doc 31    Filed 04/05/17    Entered 04/06/17 00:43:28    Desc Imaged
                            Certificate of Notice    Page 3 of 3

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-29102-KCF
William Kava                                                        Chapter 13
Kathy Kava
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 03, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2017.
db/jdb        William Kava,   Kathy Kava,   1001 Middlesex St,   Toms River, NJ   08757-1804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Daniel E. Straffi    on behalf of Joint Debtor Kathy   Kava dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Daniel E. Straffi    on behalf of Debtor William   Kava dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              William M.E. Powers    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for GSAMP 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee for GSAMP 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1
               ecf@powerskirn.com
                                                                                              TOTAL: 7