UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
Cn 4853
Trenton, NJ  08650
(609) 587-6888

Order Filed on April 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

William Kava
Kathy Kava

Debtor(s)

Case No.: 16-29102 / KCF

Hearing Date:  04/12/2017

Judge: Kathryn C. Ferguson

Chapter: 13

# ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: April 19, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 10/05/2016, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of 36 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

$250.00 for 36 months beginning 11/01/2016

**ORDERED** that the case is confirmed with a calculated plan funding of $9,000.00. General unsecured creditors are scheduled to receive a pro-rata dividend of funds available.

**ORDERED**  that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement.  Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that to the extent Section 7 of the debtor's plan contains motions to avoid judicial liens under 11 U.S.C. § 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified below:

NO EXCEPTIONS

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is <u>not authorized</u> to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a).

**ORDERED** that the debtor(s) must obtain a loan modification by June 15, 20187 or as extended by Loss Mitigation Order.

- Creditor Specialized Loan Servicing, PACER claim #10-1, will be paid outside of the Chapter 13 Plan.

**ORDERED** that the claim of Wells Fargo, court claim #6-1, will be paid as if in the plan, and the Trustee is authorized to pay such claim.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-29102-KCF
William Kava                                                            Chapter 13
Kathy Kava
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Apr 19, 2017
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2017.
db/jdb         William Kava,   Kathy Kava,   1001 Middlesex St,   Toms River, NJ   08757-1804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo     docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Daniel E. Straffi    on behalf of Joint Debtor Kathy   Kava dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Daniel E. Straffi    on behalf of Debtor William   Kava dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              William M.E. Powers    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for GSAMP 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee for GSAMP 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1
               ecf@powerskirn.com
                                                                                                TOTAL: 7