| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**STRAFFI & STRAFFI, LLC**<br>670 Commons Way<br>Toms River, NJ  08755<br>(732) 341-3800<br>(732) 341-3548 (fax)<br>dstraffi@comcast.net<br>Attorney for Debtor(s) | Order Filed on June 15, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Kava, William<br>    Kava, Kathy<br>                Debtor(s). | Case No.: 16-29102<br><br>Adv. No.:<br><br>Hearing Date:  June 27, 2017 @ 9:00 am<br><br>Judge:  Michael B. Kaplan |

## ORDER AUTHORIZING LOAN MODIFICATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through   n/a   is

hereby **ORDERED**.

**DATED: June 15, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Kava, William & Kathy
Case No: 16-29102/MBK
_____

## ORDER AUTHORIZING LOAN MODIFICATION AGREEMENT

**THIS MATTER** having come before the Court upon the motion of the Debtors Authorizing Loan Modification Agreement as hereinafter set forth, and for good cause shown; it is hereby

**ORDERED** as follows:

1. The debtors' application to enter into a Loan Modification is hereby approved.

2. That communications and/or negotiations between the Debtors and Specialized Loan Servicing regarding the Loan Modification shall not be deemed a violation of the automatic stay.

3. That the Order Approving Loan Modification Agreement shall be deemed effective as of the date Debtors filed their application.

4. That the Loan Modification shall not be deemed to impact on the Debtor's Plan and no Modified Plan is required.

**FURTHER ORDERED** that the movant shall serve a copy of this Order on all parties in interest within 5 days of the date hereof.