Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−29102−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Kava
1001 Middlesex St
Toms River, NJ 08757−1804

Kathy Kava
1001 Middlesex St
Toms River, NJ 08757−1804

Social Security No.:
xxx−xx−7602                              xxx−xx−9894

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       4/5/18
Time:       02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Daniel Straffi, Attorney for Debtor

COMMISSION OR FEES
$1,100.00

EXPENSES
$0

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 9, 2018
JAN:

Jeanne Naughton
Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey

In re:                                                        Case No. 16-29102-KCF
William Kava                                                  Chapter 13
Kathy Kava
          Debtors
                            CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 3          Date Rcvd: Mar 09, 2018
                              Form ID: 137             Total Noticed: 81


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2018.
db/jdb         William Kava,    Kathy Kava,    1001 Middlesex St,    Toms River, NJ  08757-1804
lm            +America's Servicing Company,    PO Box 10355,    Des Moines, IA 50306-0355
516432678      Aes/wells Fargo,    PO Box 61047,    Harrisburg, PA  17106-1047
516432680      America's Servicing Company,    PO Box 10335,    Des Moines, IA  50306-0335
516432681      Americas Servicing Co,    PO Box 10328,    Des Moines, IA  50306-0328
516617676     +Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
516432682     +B & B Collections,    PO Box 2137,    Toms River, NJ 08754-2137
516432687    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk of Amer,     PO Box 982238,    El Paso, TX  79998-2238)
516432685      BCA Financial Services, Inc.,    18001 Old Cutler Rd Ste 462,    Miami, FL  33157-6437
516432683     #Bank of America,    PO Box 26012,    Greensboro, NC  27420-6012
516432686     +Beneficial Mortgage Co.,    1800Tyson Blvd. HFC Beneficial,    McLean, VA 22102-4257
516432689    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA  23238-1119)
516432688      Cap1/boscv,    26525 N Riverwoods Blvd,    Mettawa, IL  60045-3440
516432690      Capital One,    1 Retail Srvs,    Salt Lake City, UT  84130
516432691      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516461189      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516432693      Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
516432694      Citibank North America,    PO Box 790040,    Saint Louis, MO  63179-0040
516432695     +Citibank, NA,    701 E. 60 Street N,    Sioux Falls, SD 57104-0493
516432696     +Client Services, Inc.,    3451 Harry S. Truman Blvd.,    St. Charles, MO 63301-9816
516432697      Cntl Jer Adj,    141 South Ave,    Fanwood, NJ  07023-1224
516432698      Comenity Bank/Express,    PO Box 182789,    Columbus, OH  43218-2789
516432699      Comenity Bank/Express,    PO Box 18215,    Columbus, OH  43218
516432700      Comenity Bank/Mandee,    PO Box 182125,    Columbus, OH  43218-2125
516432701      Comenity Bank/Mandee,    995 W 122nd Ave,    Westminster, CO  80234-3417
516432702      Comenity Bank/Mandees,    PO Box 182125,    Columbus, OH  43218-2125
516432703      Comenity Bank/Vctrssec,    220 W Schrock Rd,    Westerville, OH  43081-2873
516432704      Comenity Bank/Victoria Secret,    PO Box 18215,    Columbus, OH  43218
516432705      Corporation Trust Co.,    820 Bear Tavern Rd,    West Trenton, NJ  08628-1021
516432709      Dept of Ed/Navient,    PO Box 9400,    Wilkes Barre, PA  18773-9400
516645956     +Deutsche Bank National Trust Co., Trustee(See 410),     c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516432712     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516432713     +Firstsource Advange, LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
516432714      Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD  57104
516432715      Furniturebar,    Des Moines, IA  50306
516432716     +Hayt, Hayt & Landau, LLC,    2 Industrial Way W,    Eatontown, NJ 07724-2279
516432717     +Hayt, Hayt & Landau, LLC,    2 Industrail Way West PO Box 500,    Eatontown, NJ 07724-0500
516432718      Hyundai Capital Americ,    4000 Macarthur Blvd Ste,    Newport Beach, CA  92660-2558
516432720     +Kimball Emergency Medical Associates,    PO Box 6192,    Parsippany, NJ 07054-7192
516432721      Lab Corporation,    PO Box 2240,    Burlington, NC  27216-2240
516432722      Mandees,    401 Hackensack Ave,    Hackensack, NJ  07601-6411
516432724     +Monmouth Ocean Hospital Service,    4806 Megill Rd. Suite 3,    Neptune, NJ 07753-6926
516432726      Navient,    123 S Justison St Ste 3,    Wilmington, DE  19801-5360
516432727      Nissan Motor Acceptanc,    PO Box 660360,    Dallas, TX  75266-0360
516432728      Nmac,    PO Box 660360,    Dallas, TX  75266-0360
516432730      Sears/Cbna,    PO Box 6282,    Sioux Falls, SD  57117-6282
516432731     +Shapiro & DeNardo, LLC,    14000 Commerce Parkway, Suite B,    Mt. Laurel, NJ 08054-2242
516432733      State of Nj Student As,    PO Box 543,    Trenton, NJ  08625-0543
516432740      Vivint Solar Developer, LLC,    3301 N Thanksgiving Way Ste 500,    Lehi, UT  84043-4126
516432741      Wells Fargo,    PO Box 41169,    Des Moines, IA  50311-0503
516432742      Wells Fargo,    PO Box 5156,    Sioux Falls, SD  57117-5156
516555383     +Wells Fargo Bank  N A,    Wells Fargo Education Financial Services,    301 E 58th Street N,
                Sioux Falls  SD 57104-0422
516540783      Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
516432743      Wells Fargo Dealer Services,    PO Box 3569,    Rancho Cucamonga, CA  91729-3569
516432744     +Wells Fargo Home Mortgage,    101 North Phillips Avenue,    Sioux Falls, SD 57104-6714
516432745      Wells Fargo Home Mtg (DBA) Americas Serv,    1000 Blue Gentian Rd # 300,    Eagan, MN  55121-1786
516432746      Wfds/wds,    PO Box 1697,    Winterville, NC  28590-1697
516432747      Wffnb/Furniture Barn,    PO Box 51193,    Las Vegas, NV  89193

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 10 2018 00:04:24     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 10 2018 00:04:20     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516432679     +E-mail/Text: bkrpt@retrievalmasters.com Mar 10 2018 00:04:19     Amca Collection Agency,
                4 Westchester Plz Bldg 4,    Elmsford, NY 10523-1615
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Mar 09, 2018
                              Form ID: 137             Total Noticed: 81


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516577913          E-mail/PDF: resurgentbknotifications@resurgent.com Mar 10 2018 00:08:36
                    Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                    Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                    Greenville, SC 29603-0587
516432684          E-mail/Text: ebn@barnabashealth.org Mar 10 2018 00:04:53     Barnabas Health,    PO Box 903,
                    Oceanport, NJ 07757-0903
516512401         +E-mail/Text: bankruptcy@cavps.com Mar 10 2018 00:04:47     Cavalry SPV I, LLC,
                    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516432708          E-mail/PDF: creditonebknotifications@resurgent.com Mar 10 2018 00:08:34     Credit One Bank NA,
                    PO Box 98873,   Las Vegas, NV 89193-8873
516432707          E-mail/PDF: creditonebknotifications@resurgent.com Mar 10 2018 00:01:54     Credit One Bank NA,
                    PO Box 98875,   Las Vegas, NV 89193-8875
516432710          E-mail/PDF: pa_dc_ed@navient.com Mar 10 2018 00:01:54     Dept of Ed/Navient,    PO Box 9635,
                    Wilkes Barre, PA 18773-9635
516432711          E-mail/Text: nculp@firstffcu.com Mar 10 2018 00:05:17     First Financial Fed Cu,
                    1372 Route 9,   Toms River, NJ 08755-4038
516432719          E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Mar 10 2018 00:05:13     Hyundai Finc,
                    PO Box 20809,   Fountain Valley, CA 92728-0809
516432723         +E-mail/Text: ebn@barnabashealth.org Mar 10 2018 00:04:53     Monmouth Medical Center,
                    300 2nd Avenue,   Long Branch, NJ 07740-6395
516432725          E-mail/PDF: pa_dc_claims@navient.com Mar 10 2018 00:01:27     Navient,    PO Box 9500,
                    Wilkes Barre, PA 18773-9500
516645959          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2018 00:01:26
                    Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                    Norfolk VA 23541
516432729         +E-mail/PDF: pa_dc_claims@navient.com Mar 10 2018 00:01:08     Sallie Mae,    PO Box 9500,
                    Wilkes-Barr, PA 18773-9500
516432732          E-mail/PDF: pa_dc_claims@navient.com Mar 10 2018 00:01:08     Slm Financial Corp,
                    11100 USA Pkwy,   Fishers, IN 46037-9203
516432734          E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2018 00:01:44     Syncb/Care Credit,
                    950 Forrer Blvd,    Kettering, OH 45420-1469
516432735          E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2018 00:01:45     Syncb/jcp,    PO Box 965007,
                    Orlando, FL 32896-5007
516432736          E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2018 00:01:00     Syncb/lowes,    PO Box 965005,
                    Orlando, FL 32896-5005
516434415          E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2018 00:01:45     Synchrony Bank,
                    c/o of Recovery Management Systems Corp,     25 S.E. 2nd Avenue, Suite 1120,
                    Miami, FL 33131-1605
516432737          E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2018 00:01:45     Synchrony Bank/ Jc Penneys,
                    PO Box 965064,   Orlando, FL 32896-5064
516432738          E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2018 00:01:01     Synchrony Bank/Care Credit,
                    PO Box 965064,   Orlando, FL 32896-5064
516432739          E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2018 00:01:45     Synchrony Bank/Lowes,
                    PO Box 965064,   Orlando, FL 32896-5064
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +Shapiro & DeNardo, LLC,   14000 Commerce Parkway, Ste. B.,    Mt. Laurel, NJ 08054-2242
516432692*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:   Capital One Bank USA N,    15000 Capital One Dr,
                  Richmond, VA 23238-1119)
516432706*      Corporation Trust Company,    820 Bear Tavern Rd,   West Trenton, NJ 08628-1021
517216848*     +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                              TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Mar 09, 2018
                              Form ID: 137             Total Noticed: 81
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Daniel E. Straffi    on behalf of Joint Debtor Kathy    Kava bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;bkclient@straffilaw.com
              Daniel E. Straffi    on behalf of Debtor William    Kava bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;bkclient@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSAMP Trust 2006-FM1, Mortgage Pass- Through Certificates, Series 2006-FM1
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              William M.E. Powers    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for GSAMP 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee for GSAMP 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1
               ecf@powerskirn.com
                                                                                             TOTAL: 8
```